IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC M. LEWIS, | ) | No. C 08-3009 MMC (PR) |
|        Petitioner, | ) ) | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |
| v. | ) | |
| BEN CURRY, Warden, | ) | **(Docket No. 5)** |
|        Respondent. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file an answer to the petition is hereby GRANTED. Respondent shall file his answer to the petition no later than **July 17, 2009**. Petitioner shall file a traverse to the answer within **thirty** days of the date the answer is filed.

This order terminates Docket No. 5.

IT IS SO ORDERED.

DATED: June 4, 2009

_____
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California